**EXHIBIT A**

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| moviesjoy.to | Moxie | https://moviesjoy.to/watch-movie/moxie-68284.4111691 | Primal Fear | https://moviesjoy.to/watch-movie/primal-fear-17814.2519167 |
| rarbg.to | Frozen II | https://rarbg.to /torrent/jdukq2l | Beautiful Boy | https://rarbg.to/torrent/z2toxrd |
| nox.to | The Lion King | https://nox.to/download/Filme/der-k_nig-der-l_wen-_2019_-BJL6yph4r | Triple Frontier | https://nox.to/download/Filme/triple-frontier-B1hc538w4 |
| yesmovies.to | Dolittle | https://yesmovies.to/movie/dolittle-100331.html | Beautiful Boy | https://yesmovies.to/movie/beautiful-boy-27433.html |
| kinomax.to | The Lion King | https://kinomax.to/6778-der-konig-der-lowen-2019.html | Triple Frontier | https://kinomax.to/13030-triple-frontier-2019.html |
| ymovies.to | Moxie | https://ymovies.to/film/moxie-87517/watching/ | Frozen II | https://ymovies.to/film/frozen-ii-83235/watching/ |
| kisstvshow.to | Busted!: S1 E1 | https://kisstvshow.to/Show/Busted/Episode-1 | Busted!: S1 E2 | https://kisstvshow.to/Show/Busted/Episode-2 |
| freeserial.to | Breaking Bad S03E01 | https://www.freeserial.to/serial/breaking-bad/uz-ne/2480 | Grey's Anatomy Season 7 Episode 11 | https://www.freeserial.to/serial/greys-anatomy/kde-konci-veda-a-zacina-umeni/15199 |
| freefilm.to | Dolittle | https://www.freefilm.to/film/dolittle | Frozen II | https://www.freefilm.to/film/ladove-kralovstvo-2 |